## A90A0637. ALSTROM v. ALLSTATE ENTERPRISES, INC.
(394 SE2d 801)

Deen, Presiding Judge.

The appellant filed this direct appeal from a denial of his motion to set aside a judgment pursuant to OCGA § 9-11-60 (d). Such an appeal requires the discretionary appeal procedure as provided by OCGA § 5-6-35 (a) (8), and the failure to comply with that procedure requires dismissal of this appeal. *Parker v. Bellamy-Lunda-Dawson,* 190 Ga. App. 257 (378 SE2d 502) (1989).

*Appeal dismissed. Pope and Beasley, JJ., concur.*

Decided April 16, 1990 —
Rehearing denied April 30, 1990.

*Levy & Adams, D. Marrill Adams*, for appellant.
*Hayt, Hayt & Landau, Moshe Shopsin*, for appellee.